## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-990-RGA |
| | ) |
| AMAZON INC., | ) |
| | ) |
| Defendant. | |

### STIPULATION AND ORDER TO STAY CASE

WHEREAS, the patent asserted in C.A. No. 11-990, U.S. Patent No. 8,041,711 is currently subject to *Inter Partes* Re-Examination before the U.S.P.T.O. (File 95/002,289);

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Walker Digital, LLC and Defendant Amazon.com Inc., subject to the approval of the Court, that the case named above be stayed pending resolution of the reexamination, and the parties shall file a joint report every six months regarding the status of the reexamination.

BAYARD, P.A.

*/s/ Richard D. Kirk*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

**Attorneys for Plaintiff**
**WALKER DIGITAL, LLC**

/s/ *Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th floor
1313 N. Market Street
Wilmington, DE 19801
(302) 994-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Eliza V. Bechtold
Klaus H. Hamm
Salumeh R. Loesch
Jeffrey S. Love
Todd M. Siegel
Philip Warrick
Garth A. Winn
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 SW Salmon Street, Suite 1600
Portland, OR 97204
(503) 595-5300
eliza.bechtold@klarquist.com
klaus.hamm@klarquist.com
salumeh.loesch@klarquist.com
jeffrey.love@klarquist.com
todd.siegel@klarquist.com
philip.warrick@klarquist.com
garth.winn@klarquist.com

**Attorneys for Defendant**
**AMAZON.COM INC.**

IT IS SO ORDERED this 9th day of April, 2013.

The Honorable Richard. G. Andrews
United States District Judge

2