# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | C.A. No. 11-989-RGA <br><br> **JURY TRIAL DEMANDED** |
| WALKER DIGITAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, <br><br> Defendant. | C.A. No. 11-990-RGA <br><br> **JURY TRIAL DEMANDED** |
| WALKER DIGITAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> VIBRANT MEDIA, INC., <br><br> Defendant. | C.A. No. 11-993-RGA <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

WHEREAS, a reexamination certificate issued on December 11, 2014, cancelling all claims of U.S. Patent No. 8,041,711 ("the '711 patent"), the asserted patent in the above-captioned cases.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Walker Digital, LLC ("Plaintiff") and Defendants Google Inc., Amazon.com, and Vibrant Media, Inc., (collectively "Defendants") through their respective undersigned counsel, hereby jointly stipulate that all claims asserted by Plaintiff, including any claims by Inventor Holdings, LLC, related to the '711 patent, be dismissed WITH PREJUDICE and that all counterclaims asserted by Defendants be dismissed WITHOUT PREJUDICE, with each party to bear its own costs, expenses and fees.

Dated: January 7, 2015

| POTTER ANDERSON & CORROON LLP | BAYARD, P.A. |
|---|---|
| /s/ *Richard L. Horwitz*__<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 994-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | /s/ *Stephen B. Brauerman*__<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>(302) 655-5000<br>Wilmington, DE 19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com |
| OF COUNSEL:<br><br>Michael J. Malecek<br>Timothy K. Chao<br>KAYE SCHOLER LLP<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Tel: (650) 319-4500<br>michael.malecek@kayescholer.com<br>timothy.chao@kayescholer.com<br><br>Attorneys for Defendant Google Inc. | OF COUNSEL:<br><br>Marc A. Fenster<br>Alexander C.D. Giza<br>Benjamin T. Wang<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard 12th Floor<br>Los Angeles, California 90025<br>(310) 826-7474<br>mfenster@raklaw.com<br>agiza@raklaw.com<br>bwang@raklaw.com<br><br>Attorneys for Plaintiff Walker Digital, LLC |

| POTTER ANDERSON & CORROON LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Richard L. Horwitz* | /s/ *Adam W. Poff* |
| Richard L. Horwitz (#2246) | Adam W. Poff (#3990) |
| David E. Moore (#3983) | Monté T. Squire (#4764) |
| Hercules Plaza, 6th floor | Rodney Square |
| 1313 N. Market Street | 1000 N. King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 994-6000 | (302) 571-6600 |
| rhorwitz@potteranderson.com | apoff@ycst.com |
| dmoore@potteranderson.com | msquire@ycst.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| Klaus H. Hamm | Matthew B. Lowrie |
| Salumeh R. Loesch | Kevin M. Littman |
| Jeffrey S. Love | FOLEY & LARDNER LLP |
| Todd M. Siegel | 111 Huntington Avenue |
| Philip Warrick | Suite 2600 |
| Garth A. Winn | Boston, MA 02199-7610 |
| KLARQUIST SPARKMAN, LLP | (617) 342-4006 |
| One World Trade Center | mlowrie@foley.com |
| 121 SW Salmon Street, Suite 1600 | klittman@foley.com |
| Portland, OR 97204 | |
| (503) 595-5300 | Attorneys for Defendant Vibrant Media, Inc. |
| klaus.hamm@klarquist.com | |
| salumeh.loesch@klarquist.com | |
| jeffrey.love@klarquist.com | |
| todd.siegel@klarquist.com | |
| philip.warrick@klarquist.com | |
| garth.winn@klarquist.com | |

Attorneys for Defendant Amazon.com Inc.


IT IS SO ORDERED this ____ day of _____, 2015.


                                                                                                   _____
The Honorable Richard G. Andrews
United States District Judge