## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | C.A. No. 11-989-RGA<br><br>**JURY TRIAL DEMANDED** |
| WALKER DIGITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM,<br><br>Defendant. | C.A. No. 11-990-RGA<br><br>**JURY TRIAL DEMANDED** |
| WALKER DIGITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VIBRANT MEDIA, INC.,<br><br>Defendant. | C.A. No. 11-993-RGA<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

WHEREAS, a reexamination certificate issued on December 11, 2014, cancelling all claims of U.S. Patent No. 8,041,711 ("the '711 patent"), the asserted patent in the above-captioned cases.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Walker Digital, LLC ("Plaintiff") and Defendants Google Inc., Amazon.com, and Vibrant Media, Inc., (collectively "Defendants") through their respective undersigned counsel, hereby jointly stipulate that all claims asserted by Plaintiff, including any claims by Inventor Holdings, LLC, related to the '711 patent, be dismissed WITH PREJUDICE and that all counterclaims asserted by Defendants be dismissed WITHOUT PREJUDICE, with each party to bear its own costs, expenses and fees.

Dated: January 7, 2015

POTTER ANDERSON & CORROON LLP

*/s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th floor
1313 N. Market Street
Wilmington, DE 19801
(302) 994-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

OF COUNSEL:

Michael J. Malecek
Timothy K. Chao
KAYE SCHOLER LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: (650) 319-4500
michael.malecek@kayescholer.com
timothy.chao@kayescholer.com

Attorneys for Defendant Google Inc.

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
(302) 655-5000
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

OF COUNSEL:

Marc A. Fenster
Alexander C.D. Giza
Benjamin T. Wang
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
(310) 826-7474
mfenster@raklaw.com
agiza@raklaw.com
bwang@raklaw.com

Attorneys for Plaintiff Walker Digital, LLC

- 2 -

POTTER ANDERSON & CORROON LLP

/s/ *Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th floor
1313 N. Market Street
Wilmington, DE 19801
(302) 994-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

OF COUNSEL:

Klaus H. Hamm
Salumeh R. Loesch
Jeffrey S. Love
Todd M. Siegel
Philip Warrick
Garth A. Winn
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 SW Salmon Street, Suite 1600
Portland, OR 97204
(503) 595-5300
klaus.hamm@klarquist.com
salumeh.loesch@klarquist.com
jeffrey.love@klarquist.com
todd.siegel@klarquist.com
philip.warrick@klarquist.com
garth.winn@klarquist.com

Attorneys for Defendant Amazon.com Inc.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ *Adam W. Poff*
Adam W. Poff (#3990)
Monté T. Squire (#4764)
Rodney Square
1000 N. King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
msquire@ycst.com

OF COUNSEL:

Matthew B. Lowrie
Kevin M. Littman
FOLEY & LARDNER LLP
111 Huntington Avenue
Suite 2600
Boston, MA 02199-7610
(617) 342-4006
mlowrie@foley.com
klittman@foley.com

Attorneys for Defendant Vibrant Media, Inc.

IT IS SO ORDERED this 7ᵗʰ day of ⟶⟶⟶⟶, 2015.

The Honorable Richard G. Andrews
United States District Judge

- 3 -